FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 OCT -2 P 1:51
CLERK JBurton
S.D. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

**ORDER**

Upon consideration of the United States' motion for temporary stay of the proceedings in light of a Government lapse in appropriations,

**IT IS HEREBY ORDERED** that the proceedings and deadlines in the cases listed in Exhibit 1 shall be stayed until further notice by the Court.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of October, 2013.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# **EXHIBIT 1**

*Hodges, et al v. United States*; 4:11-CV-168
*Consolidated Investment Limited Partnership v. United States*; 1:11-CV-172
*Segars, et al v. United States*; 1;12-CV-029
*United States v. Endia Delores Nipper*; 1:10-CV-131
*Bassett v. United States*; 1:12-CV-49
*United States v. Harrell*; 3:12-CV-111
*Hawkes v. United States*; 1:12-CV-112
*Taylor v. United States*; 1:12-CV-091
*Newsom v. United States*; 1:12-CV-133
*Reddick v. United States*; 1:12-CV-152
*Rodriquez v. United States*; 1:12-CV-160
*Freeman v. United States*; 1:12-CV-169
*Strickland v. United States*; 1:12-CV-171
*King v. United States*; 1:12-CV-193
*Moye v. United States*; 1:13-CV-031
*Broaster v. United States*; 1:13-CV-032
*Davis v. United States*; 1:13-CV-042
*Williams v. United States*; 1:13-CV-047
*Crutchley v. United States*; 1:13-CV-048
*Bowling v. Veterans Affairs*; 1:13-CV-00055
*Cordy v. United States*; 1:13-CV-061
*Davis v. United States*; 1:13-CV-065
*Graham v. Department of Army*; 1:13-CV-33
*EEOC v. T-Mobile*; 1:13-CV-98
*Bellew v. United States*; 1:13-CV-083
*Litman v. United States*; 1:13-CV-43
*Mack v. United States*; 1:13-CV-104
*Prince v. United States*; 1:13-CV-080
*Payne v. United States*; 1:13-CV-107
*Sturgis v. United States*; 1:13-CV-110
*McKie v. United States*; 1:13-CV-114
*Quarles v. United States*; 1:13-CV-117
*Curry v. United States*; 1:13-CV-142
*LaChance v. United States*; 1:13-CV-154
*Lampkin v. United States*; 1:31-CV-127
*Herrin v. United States*; 1:13-CV-150
*Zellars v. United States*; 1:13-CV-146
*Rogers v. United States*; 1:12-CV-194
*FPL Food, LLC v. United States*; 1:13-CV-075
*Beck v. United States*; 1:13-CV-00126
*Dash v. United States*; 1:12-CV-015