**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

THE ESTATE OF HARRY HODGES,      *
by Patricia Hodges, the         *
Administrator of the estate     *
of Harry Hodges, and           *
PATRICIA HODGES, in her        *
own right, and as             *
Administrator of such estate,  *
and for and on behalf of      *
the heirs of the estate of    *
Harry Hodges,              *
                          *
     Plaintiffs,          *
                          *
     v.                  *     CV 411-168
                          *
UNITED STATES OF AMERICA,     *
                          *
     Defendant.           *

---

**O R D E R**

---

On January 14, 2015, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

     **ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia